UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEVIN BAILEY,
on behalf of himself,
and all others similarly situated,

    Plaintiffs,

v.                                    Case No. 18-11438

ESPERION THERAPEUTICS, INC.,
et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's February 19, 2019 "Order Granting Defendants'

Motion to Dismiss Amended Complaint,"

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendants and against Plaintiffs.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

Dated: February 19, 2019        By:    <u>s/Lisa Wagner</u>
                                                    Lisa Wagner, Deputy Clerk and
                                                    Case Manager to
                                                    Judge Robert H. Cleland

APPROVED BY:

<u>s/Robert H. Cleland</u>
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\18-11438.BAILEY.Judgment.docx